■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN AGUAYO, Appellant. [978 NYS2d 860]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Leventhal, Lott and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO AVILES, Appellant. [978 NYS2d 882]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Chambers, Austin and Cohen, JJ., concur.